IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS,                                               PLAINTIFF
ADC #SK945

v.                          5:12-cv-335-DPM

CURTIS MEINZER, Warden, Varner
SuperMax Unit, Arkansas Department
of Corrections                                                  DEFENDANT

JUDGMENT

Collins's complaint is dismissed without prejudice.

*[signature]*
D. P. Marshall Jr.
United States District Judge

24 October 2012